Submitted on record and briefs May 23, sentence vacated; remanded for
resentencing; otherwise affirmed June 22, 2005

STATE OF OREGON,
*Respondent,*

*v.*

HARRY GALE TEIGEN,
*Appellant.*

030955; A122877

114 P3d 539

Peter A. Ozanne, Executive Director, Peter Gartlan, Chief
Defender, and Ernest G. Lannet, Deputy Public Defender,
Office of Public Defense Services, filed the brief for appellant.

Hardy Myers, Attorney General, Mary H. Williams,
Solicitor General, and Christina M. Hutchins, Assistant
Attorney General, filed the brief for respondent.

Before Landau, Presiding Judge, and Brewer, Chief
Judge,* and Armstrong, Judge.

PER CURIAM

---

* Brewer, C. J., *vice* Ceniceros, S. J.

## PER CURIAM

Defendant pleaded guilty to felony assault in the fourth degree. The trial court imposed a departure sentence based on a finding of persistent involvement in similar offenses. On appeal, defendant argues that the sentence is unlawful because it is based on facts not admitted or found by a jury, in violation of *Blakely v. Washington*, 542 US 296, 124 S Ct 2531, 159 L Ed 2d 403 (2004). The state concedes that, in light of our decision in *State v. Perez*, 196 Or App 364, 102 P3d 705 (2004), *rev allowed*, 338 Or 488 (2005), defendant is correct. We accept the concession.

Sentence vacated; remanded for resentencing; otherwise affirmed.